1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  ROY LEE DOSS,                        ) NO. CV 11-6574-MMM (MAN)
                                          )
12                  Petitioner,           )
                                          )
13       v.                               ) JUDGMENT
                                          )
14  JAMES D. HARTLEY,                     )
                                          )
15                  Respondent.           )
    _____)

16

17

18       Pursuant   to   the   Court's   Order   Accepting   Findings   and

19  Recommendations of United States Magistrate Judge,

20

21       IT IS ADJUDGED that

22       1.   Grounds  One  and  Two  of  the  petition  are  dismissed  with

23            prejudice;

24       2.   Ground Three of the petition is dismissed without prejudice;

25       3.   Ground Four of the petition is dismissed with prejudice to the

26            extent it is based on the state court's failure to rule on a

27            sentence  modification  and  the  fact  that  petitioner  is

28            purportedly a "political" prisoner.  The remaining subclaims

             in Ground Four of the petition are dismissed without prejudice

1          as second and successive.

2

3    DATED:  _May 30, 2013_ .

4

5                                          _Margaret M. Morrow_

6                                          MARGARET M. MORROW
                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28