**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROY LEE DOSS, | ) NO. CV 11-6574-MMM (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| JAMES D. HARTLEY, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that

1. Grounds One and Two of the petition are dismissed with prejudice;
2. Ground Three of the petition is dismissed without prejudice;
3. Ground Four of the petition is dismissed with prejudice to the extent it is based on the state court's failure to rule on a sentence modification and the fact that petitioner is purportedly a "political" prisoner. The remaining subclaims in Ground Four of the petition are dismissed without prejudice

1            as second and successive.

3 DATED:  May 30, 2013 .

                                    _____
                                       MARGARET M. MORROW
                                    UNITED STATES DISTRICT JUDGE